No. 2524.—El Pueblo, apdo., *v.* Farinacchi, aplte.—C. D. Ponce. Adulteración de leche. Jun. 22, 1925. Vistos los casos de *El Pueblo* v. *Campos,* 17 D.P.R. 1193, *El Pueblo* v.

*Fernández,* 19 D.P.R. 115, *El Pueblo* v. *Seda,* 34 D.P.R. 207, *El Pueblo* v. *de Jesús,* 34: 345, y *El Pueblo* v. *Cintrón,* de jun. 15, 1925 (*per curiam*) *se revoca* la sentencia apelada y se devuelve el caso a la corte de su origen a los fines que fueren procedentes.